IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HENRY M. PRICE,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4233

Opinion filed June 15, 2016.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Nancy A. Daniels, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant; Henry M. Price, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, WETHERELL, and KELSEY, JJ., CONCUR.